1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual, | Case No.: CV 21-1980-GW-JPRx |
| Plaintiff, | *Hon. George H. Wu* |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| CHRIS & PITTS OF ANAHEIM, INC., a California corporation; and DOES 1-10, | Action Filed: March 3, 2021<br>Trial Date:    Not on Calendar |
| Defendants. | |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant Chris & Pitts of Anaheim, Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 9, 2021

_____
Hon. George H. Wu
United States District Judge